United States Court of Appeals

For the Eighth Circuit

———————————————

No. 21-2938

———————————————

Charles L. Burgett

*Plaintiff - Appellant*

v.

Janet L. Yellen, Secretary, Department of the Treasury

*Defendant - Appellee*

————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

————————

Submitted: May 12, 2022
Filed: May 17, 2022
[Unpublished]

————————

Before KELLY, ERICKSON, and GRASZ, Circuit Judges.

————————

PER CURIAM.

Charles Burgett appeals following the district court's[1] adverse grant of summary judgment in his employment discrimination action. After careful review of

———————————————

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (reviewing grant of summary judgment de novo). Additionally, we conclude that the district court did not abuse its discretion in denying Burgett's motion for reconsideration. See Ryan v. Ryan, 889 F.3d 499, 507-08 (8th Cir. 2018) (abuse of discretion review). We grant Burgett's pending motion seeking leave to file a document, and we affirm. See 8th Cir. R. 47B.

_____